UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:
**PHILIP CHRISTOPHER DOMENICO,**           **NOTICE AND MOTION TO DISMISS**
                                           Chapter 13
                    Debtor.                Case No. **25-61140**

_____

**NOTICE IS HEREBY GIVEN** that this motion will be heard as follows:

| | | | |
|---|---|---|---|
| DATE: | **February 24, 2026** | TIME: | **11:00 a.m.** |

LOCATION: **Alexander Pirnie U.S. Courthouse & Federal Building
10 Broad Street, Utica, New York 13501**

APPEARANCES: **In-person at the courthouse OR by video via Teams, for which pre-registration is required by 3:00 PM one business day before the hearing.  To register go to:
https://www.nynb.uscourts.gov/Remote-Hearing-Appearances**

Pursuant to 11 U.S.C. §1307(c)(1) Mark W. Swimelar, Chapter 13 Trustee, will move for an Order dismissing the above captioned matter for unreasonable delay which is prejudicial to creditors:

1) The Debtor filed a voluntary petition for Chapter 13 bankruptcy relief on **12/18/2025**.

2) That the Debtor failed to file the following documents on or before 1/2/26:  Atty Disclosure of Compensation Statement, Chapter 13 Plan, Notice of Time Fixed for Filing Objections to and the Hearing to Consider Confirmation of Chapter 13 Plan, Credit Counseling Certificate, Declaration Concerning Schedules, Certification of Matrix, Payment Advice Statements, Mailing Matrix, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1, Schedules A-J, Statement of Financial Affairs, and Summary of Assets and Liabilities and Certain Statistical Information

3) That no application for an extension of time has been made by the Debtor.

   **WHEREFORE,** the Trustee respectfully requests that the motion to dismiss be granted, and such further relief as the Court deems appropriate.

**IF YOU INTEND TO OPPOSE THIS MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE. IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE AND THE COURT MAY GRANT THE MOTION AS UNOPPOSED.**

Dated:   Syracuse, New York                  */s/ Edward J. Fintel*
         January 7, 2026                     Edward J. Fintel, Staff Attorney
                                             Office of the Chapter 13 Trustee
                                             Bar Roll No. 506268
                                             250 S. Clinton St. #203, Syracuse, NY 13202
                                             (315) 471-1499 -  ejfintel@cnytrustee.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
**PHILIP CHRISTOPHER DOMENICO**

        Debtor.

Chapter 13
Case No. **25-61140**

## CERTIFICATE OF SERVICE

**DEBRA J. PARAH** certifies that she is, and at all times hereinafter mentioned was, an employee in the office of the Standing Chapter 13 Trustee and over the age of 18 years;

That on January 7, 2026 she served the within Notice and Motion to Dismiss on the below named at the address listed below, by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper under the exclusive custody of the United States Post Office Department in an official depository within the State of New York:

PHILIP CHRISTOPHER DOMENICO
304 EXPENSE STREET
ROME, NY 13440

And on that same date, she electronically filed the foregoing Notice and Motion to Dismiss with the Clerk of the Bankruptcy Court using CM/ECF system which sent notification of such filing to the following:

WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE

MICHAEL READY TREANOR, JR

                                                */s/ Debra J. Parah*
                                                  Debra J. Parah